

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00464-CV

Bobby Hartfield Jr. TDCJ# 1119717
v.
Warden Furr, et al.

On Appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-17-1155-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court.  The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant, Bobby Hartfied, Jr, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

June 28, 2018